ORIGINAL

1  Roderick A. McLeod (State Bar No. 104694)
   rmcleod@jonesday.com
2  Gidon M. Caine (State Bar No. 188110)
   gcaine@jonesday.com
3  Thomas A. Rector (State Bar No. 199175)
   tarecotor@jonesday.com
4  Jessica L. Repa (State Bar No. 240801)
   jlrepa@jonesday.com
5  JONES DAY
   555 California Avenue, Suite 2600
6  San Francisco, California 94104
   Telephone: 415-626-3939
7  Facsimile:  415-875-5700

8  Attorneys for Plaintiff
   INNOFONE.COM, INCORPORATED
9

FILED 2007 MAR 19 AM 10: 37

10           UNITED STATES DISTRICT COURT

11           CENTRAL DISTRICT OF CALIFORNIA

                                                  CV-07-1793 DDP FMOx

12  INNOFONE.COM, INCORPORATED,        | Case No.
13  a Nevada Corporation,              |
                                       |
14              Plaintiff,             | **PLAINTIFF INNOFONE.COM,**
                                       | **INCORPORATED'S NOTICE OF**
15       v.                            | **INTERESTED PARTIES**
                                       |
16  COGENT CAPITAL FINANCIAL,          |
    LLC, a Delaware Limited Liability  |
17  Company, COGENT CAPITAL            | **[LOCAL RULE 7.1-1]**
    INVESTMENTS, LLC, a Delaware       |
18  Limited Liability Company, COGENT  |
    CAPITAL GROUP, LLC, a Delaware     |
19  Limited Liability Company,         |
    INVESTORS BANK & TRUST             |
20  COMPANY, a Massachusetts Trust     |
    Company, GREGORY L. KOFFORD,       |
21  an individual, and MARK W.         |
    HOLDEN, an individual,             |
22                                     |
                Defendants.            |
23



DOCKETED ON CM
MAR 2 6 2007
BY ___ 185

24       Pursuant to Civil Local Rule 7.1-1 of the United States District Court for the
25  Central District of California, the undersigned, counsel of record for plaintiff
26  Innofone.com, Incorporated ("Innofone") certifies that the following listed parties
27  may have a pecuniary interest in the outcome of this case.  These representations
28  are made to enable the Court to evaluate possible disqualification or recusal.

SFI-561749v2                           -1-

1.    Innofone is a publicly traded company (OTC BB: IMEN.OB). Innofone does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated:    March 19, 2007         JONES DAY

By: _/s/ Roderick A. McLeod_
     Roderick A. McLeod

Attorneys for Plaintiff
INNOFONE.COM, INCORPORATED

SFI-561749v2         -2-