UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

___ Priority
_✓_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3
___ Scan Only

Case No.   CV 07-01793 DDP (FMOx)                                  Dated: 3-21-07

Title:   INNOFONE.COM, INC., a Nevada corporation -v- COGENT CAPITAL FINANCIAL, LLC, a Delaware limited liability company; COGENT CAPITAL INVESTMENTS, LLC, a Delaware limited liability company; COGENT CAPITAL GROUP, LLC, a Delaware limited liability company; GREGORY L. KOFFORD, an individual; MARK W. HOLDEN; an individual; INVESTORS BANK & TRUST COMPANY, a Massachusetts Trust Company

==================================================================

PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers                                None Present
Courtroom Deputy                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None                                            None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)

This action has been assigned to the calendar of Judge Dean D. Pregerson.

Counsel are encouraged to review the Central District's website for additional information. The address is "**http://www.cacd.uscourts.gov**".

It is not necessary to clear a motion date with the Court Clerk prior to filing the motion. The Court hears motions only on Mondays at 10:00 a.m.



DOCKETED ON CM
MAR 28 2007
BY _____ 145

MINUTES FORM 11
CIVIL -- GEN

Initials of Deputy Clerk _____