Case 1:07-cv-03966-JSR    Document 1-23    Filed 05/22/2007    Page 1 of 2

ORIGINAL

1  Roderick A. McLeod (State Bar No. 104694)
   rmcleod@jonesday.com
2  Gidon M. Caine (State Bar No. 188110)
   gcaine@jonesday.com
3  Thomas A. Rector (State Bar No. 199175)
   tarecotor@jonesday.com
4  Jessica L. Repa (State Bar No. 240801)
   jlrepa@jonesday.com
5  JONES DAY
   555 California Avenue, Suite 2600
6  San Francisco, California
   Telephone:  415-626-3939
7  Facsimile:   415-875-5700

8  Attorneys for Plaintiff
   INNOFONE.COM, INCORPORATED
9



FILED 2007 MAR 19 AM 10:37
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES

10             UNITED STATES DISTRICT COURT
11             CENTRAL DISTRICT OF CALIFORNIA

                    CV-07-1793  DDP

                                            FMOx

13 | INNOFONE.COM, INCORPORATED,     Case No.
   | a Nevada Corporation,
14 |
   |         Plaintiff,              **NOTICE OF RELATED CASE**
15 |
   |    v.                           **[LOCAL RULE 83-1.3.1]**
16 |
17 | COGENT CAPITAL FINANCIAL,
   | LLC, a Delaware Limited Liability
18 | Company, COGENT CAPITAL
   | INVESTMENTS, LLC, a Delaware
19 | Limited Liability Company, COGENT
   | CAPITAL GROUP, LLC, a Delaware
20 | Limited Liability Company,
   | INVESTORS BANK & TRUST
21 | COMPANY, a Massachusetts Trust
   | Company, GREGORY L. KOFFORD,
22 | an individual, and MARK W.
   | HOLDEN, an individual,
23 |
   |         Defendants.
24

25     PLEASE TAKE NOTICE that the above-captioned action is related to the
26 following case previously filed in the Central District of California: Innofone, et al.
27 v. Infoweapons, et al., Case No. 06-06344 ABC (MANx), subsequently assigned to
28 Magistrate Judge Margaret A. Nagle for purposes of retention of jurisdiction over

SF1-561788v1
                                    -1-

ENTERED ON CM 3/29/07

1  the settlement reached between the parties on January 10, 2007. The above-
2  captioned action qualifies for a related case transfer under L.R. 83-1.3.1(c) for:
3  "other reasons [that] would entail substantial duplication of labor if heard by
4  different judges." The complaint in the previously filed case, Innofone, et al. v.
5  Infoweapons, et al., Case No. 06-06344 ABC (and now MAN), was filed on
6  October 4, 2006 (and amended on November 16, 2006) in the Central District of
7  California, and recently settled on January 10, 2007. The previously filed case
8  involved the same complex industry, IPv6, and required an understanding of
9  plaintiff Innofone.com, Inc.'s underlying business. Moreover, the transaction at the
10 heart of the instant case—the Cogent Equity Swap— was one of the transactions
11 complained about by the Defendants in the Innofone, et al. v. Infoweapons, et al.,
12 litigation. This case thus qualifies for a related case transfer because of similar
13 facts necessary to understand the underlying claims. Transfer will promote the
14 efficient administration of justice.

16 Dated:      March /9, 2007            JONES DAY

18                                       By: _____
                                              Roderick A. McLeod

20                                       Attorneys for Plaintiff
                                         INNOFONE.COM, INCORPORATED

SFI-561788v1

- 2 -