ORIGINAL

RODERICK A. MCLEOD (SBN 104694)
GIDON M. CAINE (SBN 188110)
THOMAS A. RECTOR (SBN 199175)
JESSICA L. REPA (SBN 240801)
JONES DAY
555 CALIFORNIA AVENUE, SUITE 2600
SAN FRANCISCO, CALIFORNIA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Attorney(s) for: PLAINTIFF, INNOFONE.COM,
INCORPORATED
Reference: 674438

FILED

2007 APR -4  PM 12: 19

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| INNOFONE.COM, INCORPORATED | CASE NUMBER: CV-07-1793 DDP FMOx |
|---|---|
| Plaintiff (s) | |
| v. | PROOF OF SERVICE |
| COGENT CAPITAL FINANCIAL, LLC, et al. | SUMMONS AND COMPLAINT |
| Defendant (s) | (Use separate proof of service for each person/party served) |

1.  At the time of service I was at least 18 years of age and not a party to this action and I served copies of the (specify documents):
    a. ☒ summons        ☒ complaint        ☐ alias summons        ☐ first amended complaint
       in a civil case                                            ☐ second amended complaint
                                                                  ☐ third amended complaint

    ☒ other (specify): NOTICE OF RELATED CASE; PLAINTIFF INNOFONE.COM INCORPORATED'S NOTICE OF INTERESTED PARTIES; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATE MAGISTRATE JUDGE FOR DISCOVERY; UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA; NOTICE TO COUNSEL; (BLANK) OPTICAL SCANNING ENROLLMENT/UPDATE FORM; NOTICE OF FILING LOCATION POLICY; UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA CIVILTY AND PROFESSIONALISM GUIDELINES

2.  Person served:
    a. ☒ Defendant (name): INVESTORS BANK & TRUST COMPANY
    b. ☒ Other (specify name and title or relationship to the party/business named): ALTHEA SANTOLUCITO, RECEPTIONIST, AUTHORIZED TO ACCEPT SERVICE OF PROCESS ON BEHALF OF INVESTORS BANK & TRUST COMPANY
    c. ☒ Address Where papers were served: 101 FEDERAL STREET, BOSTON, MA 02110

3.  Manner of service in compliance with (the appropriate box must be checked):
    a. ☐ Federal Rules of Civil Procedure
    b. ☒ California Code of Civil Procedure

4.  I served the person named in Item 2:

    a. ☒ By Personal service. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

        1. ☒ Papers were served on (date):        MARCH 27, 2007        at (time):        9:35AM

    b. ☐ By Substituted service. By leaving copies:

        1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

        2. ☐ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

        3. ☐ Papers were served on (date): _____        at (time): _____

---

CV-1 (04/01)

PROOF OF SERVICE-SUMMONS AND COMPLAINT

1

DOCKETED ON CM

APR - 9 2007

BY ___  002

4. ☐ by mailing (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

5. ☐ papers were mailed on (date): _____

6. ☐ due diligence. I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. (Attach completed Waiver of Service of Summons and Complaint).

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h))** (C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. (Attach a copy of the order to this proof of service).

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. (Attach signed return receipt o other evidence of actual receipt by the person served).

h. ☐ **Other** (specify code section and type of service):

5. **Service upon the United States, and Its Agencies, Corporations or Officers.**
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
      Name of person served:
      Title of person served:
      Date and time of service: *(date):* _____     at *(time):* _____
   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. (Attached signed return receipt of other evidence of actual receipt by the person served).

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation (Attach signed return receipt or other evidence of actual receipt by the person served).

6. At the time of service I was at least 18 years of age and ☒ not a party to this action.

7. Person serving *(name, address and telephone number)*:

**JOSEPH FALLON**
c/o WORLDWIDE NETWORK, INC.
520 TOWNSEND STREET, SUITE D
SAN FRANCISCO, CA 94103
(415) 503-0900

a. Fee for service: $

b. Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☐ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: MARCH 27, 2007

*Joseph Fallon*
(Signature)

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**