ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

APR 11 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Innofone.Com, Inc. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV 07-1793 DDP (FMOx) |
| v. | |
| Cogent Capital Financial, LLC, et al | ORDER RE TRANSFER PURSUANT TO LOCAL RULE 83-1.3.1 (Magistrate Judge Related Cases) |
| Defendant(s). | |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar pursuant to Local Rule 83-1.3.1 and General Order 224.

_April 4, 2007_
Date

_Margaret A. Nagle_
Margaret A. Nagle
United States Magistrate Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
Date

_____
United States Magistrate Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case _____CV 06-6344 MAN_____ and the present case:

- ☐ A. Arise from the same or closely related transactions, happenings or events; or
- ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**NOTICE TO COUNSEL FROM CLERK**

On all documents subsequently filed in this case, please substitute the initials ___MAN___ after the case number in place of the initials of the prior judge, so that the case number will read ___CV 07-1793 DDP (MANx)___. This is very important because documents are routed to the assigned judges by means of these initials.

Subsequent documents must be filed at the ☑ Western  ☐ Southern  ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.

CV-34A (07/05)     ORDER RE TRANSFER PURSUANT TO LOCAL RULE 83-1.3.1 (Magistrate Judge Related Cases)

4/11/07