Joel C. Haims
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104-0185
Telephone: (212) 468-8000

ORIGINAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

INNOFONE.COM, INCORPORATED, a Nevada Corporation,

Plaintiff(s)

v.

COGENT CAPITAL FINANCIAL LLC, a Delaware Limited Liability Company, et al.,

Defendant(s).

CASE NUMBER
CV-07-1793 DDP

APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

FILED
CLERK U.S. DISTRICT COURT
APR 10 2007
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

NOTICE: Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.
*To receive orders and judgements by e-mail, complete and return the Optical Scanning Enrollment form (G-76), available on the court's website at www.cacd.uscourts.gov.*

I, Joel C. Haims                         , hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff  ☒ Defendant: Cogent Capital Financial                by whom I have been retained.

My *out-of-state* business information is as follows:
Morrison & Foerster LLP
*Firm Name*

1290 Avenue of the Americas
*Street Address*

New York, NY 10104-0185              jhaims@mofo.com
*City, State, Zip*                    *E-Mail Address*

(212) 468-8000                        (212) 468-7900
*Telephone Number*                    *Fax Number*

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| Supreme Court of the State of New York | January 1994 |
| District Court of New Jersey | December 1993 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

G-64 (06/05)    APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE    PAGE 1 of 2

American LegalNet, Inc.
www.USCourtForms.com

I have concurrently, or within three (3) years of this application, made Pro Hac Vice applications to this Court in the following actions:

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate Mark R. McDonald as local counsel, whose business information is as follows:

Morrison & Foerster LLP
*Firm Name*

555 West Fifth Street, Suite 3500
*Street Address*

Los Angeles, CA 90013-1024           MMcDonald@mofo.com
*City, State, Zip*                                      *E-Mail Address*

(213) 892-5200                                    (213) 892-5454
*Telephone Number*                              *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated  4/5/07

JOEL C. HAIMS
*Applicant's Name (please print)*

[signature]
*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated  4/9/07

Mark R. McDonald
*Designee's Name (please print)*

[signature]
*Designee's Signature*

137001
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**