Mitchell M. Wong
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104-0185
Telephone: (212) 468-8000

ORIGINAL

FILED
CLERK U.S. DISTRICT COURT
APR 10 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOFONE.COM, INCORPORATED, a Nevada Corporation,<br><br>Plaintiff(s)<br>v.<br>COGENT CAPITAL FINANCIAL LLC, a Delaware Limited Liability Company, et al.,<br><br>Defendant(s). | CASE NUMBER<br>CV-07-1793 DDP<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

NOTICE:  Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.
*To receive orders and judgements by e-mail, complete and return the Optical Scanning Enrollment form (G-76), available on the court's website at www.cacd.uscourts.gov.*

I, Mitchell M. Wong                                    , hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff   ☒ Defendant: Cogent Capital Financial                                    by whom I have been retained.

My *out-of-state* business information is as follows:
Morrison & Foerster LLP
*Firm Name*

1290 Avenue of the Americas
*Street Address*

New York, NY 10104-0185                         mwong@mofo.com
*City, State, Zip*                                    *E-Mail Address*
(212) 468-8000                                      (212) 468-7900
*Telephone Number*                                    *Fax Number*

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| Supreme Court of the State of New York | December 1999 |
| | |
| | |
| | |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

G-64 (06/05)    APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE                PAGE 1 of 2

American LegalNet, Inc.
www.USCourtForms.com

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:



I designate Mark R. McDonald _____ as local counsel, whose business information is as follows:

Morrison & Foerster LLP
*Firm Name*

555 West Fifth Street, Suite 3500
*Street Address*

Los Angeles, CA  90013-1024                    MMcDonald@mofo.com
*City, State, Zip*                                           *E-Mail Address*

(213) 892-5200                                        (213) 892-5454
*Telephone Number*                                       *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated  APRIL 2, 2007

Mitchell M. Wong
*Applicant's Name (please print)*

*[signature]*
*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated  April 9, 2007

Mark R. McDonald
*Designee's Name (please print)*

*[signature]*
*Designee's Signature*

137001
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**