ORIGINAL

1 | MARK R. MCDONALD (SBN 137001)
MMcDonald@mofo.com
2 | SELIA M. ACEVEDO (SBN 233877)
SeliaAcevedo@mofo.com
3 | MORRISON & FOERSTER LLP
555 West Fifth Street
4 | Los Angeles, California 90013-1024
Telephone: 213.892.5200
5 | Facsimile: 213.892.5454

6 | JOEL C. HAIMS (*pro hac vice application pending*)
JHaims@mofo.com
7 | MITCHELL M. WONG (*pro hac vice application pending*)
MWong@mofo.com
8 | MORRISON & FOERSTER LLP
1290 Avenue of the Americas
9 | New York, New York 10104-0185
Telephone: 212.468.8000
10 | Facsimile: 212.468.7900

11 | Attorneys for Defendants
COGENT CAPITAL FINANCIAL, LLC;
12 | COGENT CAPITAL INVESTMENTS, LLC; COGENT
CAPITAL GROUP, LLC; GREGORY L. KOFFORD;
13 | MARK W. HOLDEN

14

15 UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

16

17 | INNOFONE.COM INCORPORATED, a | Case No.    CV-07-1793 (FMOx)
Nevada Corporation
18
Plaintiff,
19 | | Honorable Dean D. Pregerson
v.
20 | | **COGENTS DEFENDANTS'**
COGENT CAPITAL FINANCIAL, LLC, a | **LOCAL RULE 7.1-1**
21 | Delaware Limited Liability Company; | **CERTIFICATION AS TO**
COGENT CAPITAL INVESTMENTS, | **INTERESTED PARTIES**
22 | LLC, a Delaware Limited Liability
Company; COGENT CAPITAL GROUP,
23 | LLC, a Delaware Limited Liability | Complaint filed: March 19, 2007
Company; GREGORY L. KOFFORD, an | Trial Date: None Set
24 | individual; MARK W. HOLDEN, an
individual; INVESTORS BANK & TRUST
25 | COMPANY, a Massachusetts Trust
Company,
26
Defendants.
27

28

la-915253

1   TO PLAINTIFF, ITS ATTORNEYS, AND THE CLERK OF THE UNITED

2   STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF

3   CALIFORNIA:

4          Pursuant to L.R. 7.1-1 the undersigned, counsel of record for Defendants

5   Cogent Capital Financial LLC, Cogent Capital Investments LLC, Cogent Capital

6   Group, LLC, Gregory L. Kofford, and Mark W. Holden (collectively, the "Cogent

7   Defendants"), hereby certifies that the following listed parties may have a pecuniary

8   interest in the outcome of this case.  These representations are made to enable the

9   Court to evaluate possible disqualification or recusal.

10

11  Cogent Capital Financial LLC              Cogent Capital Corp.

12  Cogent Capital Investments LLC            Mark W. Holden

13  Cogent Capital Group LLC                  Gregory L. Kofford

14

15

16  Dated:    April 24 , 2007                 MARK R. MCDONALD
                                              SELIA M. ACEVEDO
17                                            MORRISON & FOERSTER LLP

18
                                        By: _____
19                                           Selia M. Acevedo

20                                           Attorneys for Defendants
                                             Cogent Capital Financial, LLC;
21                                           Cogent Capital Investments, LLC;
                                             Cogent Capital Group, LLC;
22                                           Gregory L. Kofford; Mark W.
                                             Holden
23

24

25

26

27

28

                                        1

la-915253

# PROOF OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 555 West Fifth Street, Los Angeles, California 90013-1024. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on April 24, 2007, I served a copy of:

## COGENT DEFENDANTS' LOCAL RULE 7.1-1 CERTIFICATION
## AS TO INTERESTED PARTIES

| | |
|---|---|
| ☒ | **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 425 Market Street, San Francisco, California 94105-2482 in accordance with Morrison & Foerster LLP's ordinary business practices. I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection. |
| ☒ | **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)(2)(a)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(s) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b). |

Gidon Caine, Esq.
Roderick A. McLeod
gcaine@jonesday.com
rmcleod@jonesday.com
Jones Day
1755 Embarcadero Road
Palo Alto, California 94303
Phone: 650-739-3963
Fax: 650-739-3900

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Los Angeles, California on April 24, 2007.

_____
MELISSA M. MENDOZA

la-912558