ORIGINAL

1 | MARK R. MCDONALD (SBN 137001)
MMcDonald@mofo.com
2 | SELIA M. ACEVEDO (SBN 233877)
SeliaAcevedo@mofo.com
3 | MORRISON & FOERSTER LLP
555 West Fifth Street
4 | Los Angeles, California 90013-1024
Telephone: 213.892.5200
5 | Facsimile: 213.892.5454

6 | JOEL C. HAIMS (*pro hac vice application pending*)
JHaims@mofo.com
7 | MITCHELL M. WONG (*pro hac vice application pending*)
MWong@mofo.com
8 | MORRISON & FOERSTER LLP
1290 Avenue of the Americas
9 | New York, New York 10104-0185
Telephone: 212.468.8000
10 | Facsimile: 212.468.7900

11 | Attorneys for Defendants
COGENT CAPITAL FINANCIAL, LLC;
12 | COGENT CAPITAL INVESTMENTS, LLC; COGENT
CAPITAL GROUP, LLC; GREGORY L. KOFFORD;
13 | MARK W. HOLDEN

FILED

2007 APR 11 AM 10: 36

14 | 

UNITED STATES DISTRICT COURT

15 | 

CENTRAL DISTRICT OF CALIFORNIA

16 | 

| | |
|---|---|
| 17 INNOFONE.COM INCORPORATED, a<br>18 Nevada Corporation | Case No.    CV-07-1793 (FMOx) |
| 19    Plaintiff, | Honorable Dean D. Pregerson |
| 20    v. | **PROOF OF SERVICE** |
| 21 COGENT CAPITAL FINANCIAL, LLC, a<br>Delaware Limited Liability Company;<br>22 COGENT CAPITAL INVESTMENTS,<br>LLC, a Delaware Limited Liability<br>23 Company; COGENT CAPITAL GROUP,<br>LLC, a Delaware Limited Liability<br>24 Company; GREGORY L. KOFFORD, an<br>individual; MARK W. HOLDEN, an<br>25 individual; INVESTORS BANK & TRUST<br>COMPANY, a Massachusetts Trust<br>26 Company, | Complaint filed: March 19, 2007<br>Trial Date: None Set<br><br><br>DOCKETED ON CM<br><br>MAY - 6 2007 |
| 27    Defendants. | |
| 28 | BY _____ 057 |

la-912558

1 | **PROOF OF SERVICE**

2   I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address
is 555 West Fifth Street, Los Angeles, California 90013-1024. I am not a party to the within
3   cause, and I am over the age of eighteen years.

4   I further declare that on April 10, 2007, I served a copy of:

5   **1)    APPLICATION OF NON-RESIDENT ATTORNEY TO
       APPEAR IN A SPECIFIC CASE (JOEL C. HAIMS)**

6
    **2)    APPLICATION OF NON-RESIDENT ATTORNEY TO
7       APPEAR IN A SPECIFIC CASE (MITCHELL M. WONG)**

8
    ☒  **BY U.S. MAIL [Code Civ. Proc sec. 1013(a)]** by placing a true copy thereof
9       enclosed in a sealed envelope with postage thereon fully prepaid, addressed as
       follows, for collection and mailing at Morrison & Foerster LLP, 555 West Fifth
10      Street, Los Angeles, California 90013-1024 in accordance with Morrison &
       Foerster LLP's ordinary business practices.
11

12      I am readily familiar with Morrison & Foerster LLP's practice for collection and
       processing of correspondence for mailing with the United States Postal Service, and
13      know than in the ordinary course of Morrison & Foerster LLP's business practice the
       document(s) described above will be deposited with the United States Postal
14      Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP
       with postage thereon fully prepaid for collection and mailing.
15

16
           Gidon Caine, Esq.
17         Roderick A. McLeod
           Jones Day
18         1755 Embarcadero Road
           Palo Alto, California 94303
19         Phone: 650-739-3963
           Fax: 650-739-3900
20

21
       I declare under penalty of perjury under the laws of the State of California that the
22   foregoing is true and correct.

23     Executed at Los Angeles, California on April 10, 2007.

24

25                              _____
                                MELISSA M. MENDOZA
26

27

28
    la-912558                              2