1  Marjorie Sommer Cooke (State Bar No. 161694)
2  mcooke@ccg-law.com
   COOKE CLANCY & GRUENTHAL LLP
3  265 Franklin Street
   Boston, MA 02110
4  Telephone: (617) 428-6800
   Facsimile: (617) 428-6868
5
   Attorneys for defendant INVESTORS BANK
6  & TRUST COMPANY
7

ORIGINAL

FILED 2007 MAY -3 PM 2:55 CLERK, U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| INNOFONE.COM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>COGENT CAPITAL FINANCIAL LLC, COGENT CAPITAL INVESTMENTS LLC, GREGORY L. KOFFORD, MARK W. HOLDEN and INVESTORS BANK & TRUST COMPANY,<br><br>Defendants. | Case No. CV-07-1793 DDP (MANx)<br><br>**L.R. 7.1-1 CERTIFICATION AS TO INTERESTED PARTIES** |

20    The undersigned, counsel of record for defendant Investors Bank & Trust
21  Company, certifies that the following listed party may have a pecuniary interest in
22  the outcome of this case. This representation is made to enable the Court to
23  evaluate possible disqualification or recusal.
24         Investors Financial Services Corp.
25         200 Clarendon Street
26         Boston, MA 02114
27    Investors Financial Services Corp. is the parent corporation of Investors
28  Bank & Trust Company.

DOCKETED ON CM
MAY - 9 2007
BY ___ 007

| | | |
|---|---|---|
| Dated: | April 30, 2007 | COOKE CLANCY & GRUENTHAL LLP |

By: *[signature]*
Marjorie Sommer Cooke (State Bar No. 161694)

265 Franklin Street
Boston, Massachusetts 02110
Telephone: (617) 428-6800
Facsimile: (617) 428-6868

Attorneys for Defendant
INVESTORS BANK & TRUST COMPANY

## PROOF OF SERVICE

I declare that I am a partner in the law firm of Cooke Clancy & Gruenthal LLP, whose address is 265 Franklin Street, Boston, MA 02110. I am not a party to the within case, and I am over eighteen years of age.

I further declare that on April 30, 2007, I served a copy of the Certification as to Interested Parties by first-class mail, postage prepaid, and by electronic mail, upon the following counsel of record, at the mailing addresses and email addresses set forth below:

Gidon Caine, Esq.
gcaine@jonesday.com
Roderick A. McLeod, Esq.
rmcleod@jonesday.com
Jones Day
1755 Embarcadero Road
Palo Alto, CA 94303
Phone: 650-739-3963
Fax: 650-739-3900

Mark R. McDonald, Esq.
MMcDonald@mofo.com
Selia M. Acevedo, Esq.
SeliaAcevedo@mofo.com
Morrison & Foerster, LLP
555 West Fifth Street
Los Angeles, CA 90013-1024
Phone: 213-892-5200
Fax: 213-892-5454

Joel C. Haims, Esq.
JHaims@mofo.com
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104-0185
Phone: 212-468-8000
Fax: 212-468-7900

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Boston, Massachusetts on April 30, 2007.

*/s/ Paula M. Bagger*