Mitchell M. Wong
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104-0185
Telephone: (212) 468-8000

ORIGINAL

LODGED
CLERK, U.S. DISTRICT COURT
APR 10 2007
CENTRAL DISTRICT OF CALIFORNIA
BY

FILED
CLERK, U.S. DISTRICT COURT
APR 18 2007
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

INNOFONE.COM, INCORPORATED, a Nevada corporation,
                                    Plaintiff(s)
v.

COGENT CAPITAL FINANCIAL LLC, a Delaware Limited Liability Company, et al.,
                                    Defendant(s).

CASE NUMBER  DDP
CV-07-1793 (FMOx)

ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed the accompanying Application of <u>Mitchell M. Wong</u>
                                                              *Applicant's Name*

of <u>Morrison & Foerster LLP</u> for permission to appear and participate in the above-entitled
      *Firm Name*

action on behalf of ☐ Plaintiff ☒ Defendant <u>Cogent Capital Financial LLC</u>

and the designation of <u>Mark R. McDonald</u> of <u>Morrison & Foerster LLP</u>
                         *Local Counsel Designee*      *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated  4-18-07

_____
U. S. District Judge/~~U.S. Magistrate Judge~~
Hon. Dean D. Pregerson/~~Hon. Fernando M. Olguin~~

DOCKETED ON CM
MAY 10 2007
BY __ 015

G-64 ORDER (06/05)  ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE  American LegalNet, Inc.
www.USCourtForms.com

13