Joel C. Haims
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104-0185
Telephone: (212) 468-8000

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INNOFONE.COM, INCORPORATED, a Nevada corporation,<br><br>Plaintiff(s)<br><br>V.<br><br>COGENT CAPITAL FINANCIAL LLC, a Delaware Limited Liability Company, et al.,<br>Defendant(s). | CASE NUMBER<br>CV-07-1793 (FMOx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of Joel C. Haims
                                                                  *Applicant's Name*

of Morrison & Foerster LLP            for permission to appear and participate in the above-entitled
        *Firm Name*

action on behalf of   ☐ Plaintiff   ☒ Defendant  Cogent Capital Financial LLC

and the designation of Mark R. McDonald            of Morrison & Foerster LLP
                       *Local Counsel Designee*                *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated  4-18-07

U. S. District Judge/U.S. Magistrate Judge
Hon. Dean D. Pregerson/Hon. Fernando M. Olguin

DOCKETED ON CM
MAY 10 2007

G-64 ORDER (06/05)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE
American LegalNet, Inc.
www.USCourtForms.com