ORIGINAL

1 | MARK R. MCDONALD (SBN 137001)
MMcDonald@mofo.com
2 | SELIA M. ACEVEDO (SBN 233877)
SeliaAcevedo@mofo.com
3 | MORRISON & FOERSTER LLP
555 West Fifth Street
4 | Los Angeles, California 90013-1024
Telephone: 213.892.5200
5 | Facsimile: 213.892.5454

6 | JOEL C. HAIMS (*pro hac vice application pending*)
JHaims@mofo.com
7 | MITCHELL M. WONG (*pro hac vice application pending*)
MWong@mofo.com
8 | MORRISON & FOERSTER LLP
1290 Avenue of the Americas
9 | New York, New York 10104-0185
Telephone: 212.468.8000
10 | Facsimile: 212.468.7900

11 | Attorneys for Defendants
COGENT CAPITAL FINANCIAL, LLC;
12 | COGENT CAPITAL INVESTMENTS, LLC; COGENT
CAPITAL GROUP, LLC; GREGORY L. KOFFORD;
13 | MARK W. HOLDEN

FILED
CLERK, U.S. DISTRICT COURT
APR 18 2007
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOFONE.COM INCORPORATED, a Nevada Corporation<br><br>Plaintiff,<br><br>v.<br><br>COGENT CAPITAL FINANCIAL, LLC, a Delaware Limited Liability Company; COGENT CAPITAL INVESTMENTS, LLC, a Delaware Limited Liability Company; COGENT CAPITAL GROUP, LLC, a Delaware Limited Liability Company; GREGORY L. KOFFORD, an individual; MARK W. HOLDEN, an individual; INVESTORS BANK & TRUST COMPANY, a Massachusetts Trust Company,<br><br>Defendants. | Case No.   CV-07-1793 (FMOx)<br><br>Honorable Dean D. Pregerson<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**<br><br>Complaint filed: March 19, 2007<br>Trial Date: None Set |

DOCKETED ON CM
MAY 1 2007

la-911350

|   |   |
|---|---|
| 1 | **STIPULATION** |
| 2 | WHEREAS on March 19, 2007, Plaintiff Innofone.com, Incorporated |
| 3 | ("Innofone") commenced this action and served Defendants Cogent Capital |
| 4 | Financial LLC, Cogent Capital Investments LLC, Cogent Capital Group, LLC, |
| 5 | Gregory L. Kofford, and Mark W. Holden (collectively, the "Cogent Defendants"); |
| 6 | WHEREAS, at the Cogent Defendants' request, Innofone has agreed to |
| 7 | extend their time to answer or otherwise respond to the Complaint; and |
| 8 | WHEREAS Innofone and the Cogent Defendants have agreed upon a method |
| 9 | of service for the papers in support of and in opposition to their anticipated motion |
| 10 | practice, |
| 11 | NOW THEREFORE, Innofone, and the Cogent Defendants, by and through |
| 12 | their undersigned counsel, hereby stipulate as follows: |
| 13 | 1.   The Cogent Defendants shall answer or otherwise respond to the |
| 14 | complaint on or before April 24, 2007. This extension is less than 30 days, and |
| 15 | pursuant to Civ. L.R. 8-3, is effective upon filing. |
| 16 | 2.   If the Cogent Defendants move, they shall serve their motions on or |
| 17 | before April 24, 2007. Innofone shall serve its oppositions to the Cogent |
| 18 | Defendants' motions on or before May 7. The Cogent Defendants shall serve their |
| 19 | replies in further support of their motions on or before May 14. |
| 20 | 3.   Innofone and the Cogent Defendants shall serve any papers in support |
| 21 | or in opposition to any motion they file by email and Federal Express or similar |
| 22 | overnight delivery service for next day/Saturday delivery. The Cogent Defendants |
| 23 | shall email gcaine@jonesday.com and rmcleod@jonesday.com, and Innofone shall |
| 24 | email jhaims@mofo.com and mmcdonald@mofo.com. Innofone and the Cogent |
| 25 | Defendants shall file their papers with the Court the next day that Court is open. |
| 26 |   |
| 27 | IT IS SO ORDERED |
| 28 | Dated _4-18-07_ |

IT IS SO ORDERED

Dated _4-18-07_

_____
United States District Judge

la-911350

1

IT IS SO STIPULATED.

Dated:   April  9 , 2007

MARK R. MCDONALD
SELIA M. ACEVEDO
MORRISON & FOERSTER LLP

By: _____
Mark R. McDonald

Attorneys for Defendants
Cogent Capital Financial, LLC;
Cogent Capital Investments, LLC;
Cogent Capital Group, LLC;
Gregory L. Kofford; Mark W. Holden

Dated:   April  9 , 2007

RODERICK A. MCLEOD
GIDON M. CAINE
JONES DAY

By: _____
Gidon M. Caine

Attorneys for Plaintiff
Innofone.com, Incorporated

**ORDER**

IT IS SO ORDERED.

Dated: _____, 2007

_____
Hon. Dean D. Pregerson
United States District Judge

2

la-911350

# PROOF OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 555 West Fifth Street, Los Angeles, California 90013-1024. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on April 9, 2007, I served a copy of:

**JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**

[X] **BY U.S. MAIL [Code Civ. Proc sec. 1013(a)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 555 West Fifth Street, Los Angeles, California 90013-1024 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

Gidon Caine, Esq.
Roderick A. McLeod
Jones Day
1755 Embarcadero Road
Palo Alto, California 94303
Phone: 650-739-3963
Fax: 650-739-3900

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Los Angeles, California on April 9, 2007.

_____
MELISSA M. MENDOZA

la-912558

Proof of Service