UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INNOFONE.COM INCORPORATED, | ECF CASE |
| Plaintiff, | |
| - against - | Case No. 07-CIV-03966-JSR |
| COGENT CAPITAL FINANCIAL LLC, COGENT CAPITAL INVESTMENTS, LLC, COGENT CAPITAL GROUP, LLC, GREGORY L. KOFFORD, MARK W. HOLDEN and INVESTORS BANK & TRUST COMPANY, | MOTION TO ADMIT COUNSEL PRO HAC VICE |
| Defendants. | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, John J. Rosenberg, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

> Paula M. Bagger
> Cooke Clancy & Gruenthal LLP
> 265 Franklin Street
> Boston, MA 02110
> (617) 428-6800
> (617) 428-6868

Ms. Bagger is a member in good standing of the Bar of the Supreme Judicial Court of the Commonwealth of Massachusetts. There are no disciplinary proceedings against Ms. Bagger in any state or federal court.

Dated: May 24, 2007
       New York, New York

Respectfully submitted,

John J. Rosenberg (JR 1206)
Rosenberg & Giger P.C.
488 Madison Avenue
New York, NY 10022
Tel. (212) 705-4824

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INNOFONE.COM INCORPORATED, ) | **ECF CASE** |
| ) | |
| Plaintiff, ) | |
| ) | |
| - against - ) | Case No. 07-CIV-03966-JSR |
| ) | |
| COGENT CAPITAL FINANCIAL LLC, ) | |
| COGENT CAPITAL INVESTMENTS, LLC, ) | **AFFIDAVIT IN SUPPORT** |
| COGENT CAPITAL GROUP, LLC, GREGORY ) | **OF MOTION TO ADMIT** |
| L. KOFFORD, MARK W. HOLDEN and ) | **COUNSEL PRO HAC VICE** |
| INVESTORS BANK & TRUST COMPANY, ) | |
| ) | |
| Defendants. ) | |

John J. Rosenberg, being duly sworn, deposes and says as follows:

1.  I am a partner in the New York, NY firm of Rosenberg & Giger P.C., counsel to defendant Investors Bank & Trust Company ("Investors Bank") in the above-captioned action. I make this statement based on my personal knowledge of the facts set forth herein and in support of Investors Bank's motion to admit Paula M. Bagger as counsel pro hac vice to represent Investors Bank in this matter.

2.  I am a member in good standing of the bar of the State of New York and was admitted to practice law in the Commonwealth of Massachusetts in December of 1979 and in the State of New York in 2005. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known Paula M. Bagger since in or about 2003.

4.  Ms. Bagger is a partner in the Boston, Massachusetts law firm of Cooke Clancy & Gruenthal LLP.

5.    I have found Ms. Bagger to be a skilled attorney and a person of integrity. She is experienced with federal practice and is familiar with the Federal Rules of Civil Procedure.

6.    Accordingly, I am pleased to move the admission of Paula M. Bagger *pro hac vice*.

7.    I respectfully submit a proposed order granting the motion to admit Paula M. Bagger *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE,, it is respectfully requested that the motion to admit Paula M. Bagger *pro hac vice*, to represent Investors Bank in the above captioned matter, be allowed.

Dated:  May 24, 2007
         New York

Respectfully submitted,

_____
John J. Rosenberg (JR 1206)
Rosenberg & Giger P.C.
488 Madison Avenue
New York, NY 10022
Tel. (212) 705-4824

Signed before be
this __ day of May, 2007

_____
Notary Public

MARISOL PEREZ
Notary Public, State of New York
No. 31-4822850
Qualified in New York County
Commission Expires Feb. 28, 20__

2

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-second** day of **January** A.D. **1986**, said Court being the highest Court of Record in said Commonwealth:

**Paula Marie Bagger**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eighteenth** day of **May** in the year of our Lord **two thousand and seven**.

*[signature]*
MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INNOFONE.COM INCORPORATED, | **ECF CASE** |
| Plaintiff, | |
| - against - | Case No. 07-CIV-03966-JSR |
| COGENT CAPITAL FINANCIAL LLC, COGENT CAPITAL INVESTMENTS, LLC, COGENT CAPITAL GROUP, LLC, GREGORY L. KOFFORD, MARK W. HOLDEN and INVESTORS BANK & TRUST COMPANY, | **ORDER FOR ADMISSION PRO HAC VICE** |
| Defendants. | |

Upon the motion of John J. Rosenberg, attorney for Investors Bank & Trust Company, and said sponsor attorney's Affidavit in Support,

IT IS HEREBY ORDERED that:

Paula M. Bagger
Cooke Clancy & Gruenthal LLP
265 Franklin Street
Boston, MA  02110
(617) 428-6800
(617) 428-6868

is admitted to practice *pro hac vice* as counsel for defendant Investors Bank & Trust Company in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:  May __, 2007
        New York, New York,

                                        _____
                                        United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INNOFONE.COM INCORPORATED,<br><br>Plaintiff,<br><br>- against -<br><br>COGENT CAPITAL FINANCIAL LLC, COGENT CAPITAL INVESTMENTS, LLC, COGENT CAPITAL GROUP, LLC, GREGORY L. KOFFORD, MARK W. HOLDEN and INVESTORS BANK & TRUST COMPANY,<br><br>Defendants. | ECF CASE<br><br>Case No. 07-CIV-03966-JSR |

## Certificate of Service

    I, Matthew H. Giger, certify that I am, and was at all times during the service described herein, not less than 18 years of age and not a party to this matter. I further certify that I am an attorney in good standing admitted to practice in this Court. I further certify that I caused the attached MOTION TO ADMIT COUNSEL PRO HAC VICE to be served on counsel for the parties at the addresses listed below on May 24, 2005, by first-class United States mail, postage pre-paid.

Gidon Caine, Esq.
Roderick A. McLeod, Esq.
Jones Day
1755 Embarcadero Road
Palo Alto, CA 94303
Phone: 650-739-3963
Fax: 650-739-3900

Joel C. Haims, Esq.
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104-0185
Phone: 212-468-8000
Fax: 212-468-7900

Mark R. McDonald, Esq.
Selia M. Acevedo, Esq.
Morrison & Foerster, LLP
555 West Fifth Street
Los Angeles, CA 90013-1024
Phone: 213-892-5200
Fax: 213-892-5454

Dated:    May 24, 2007
              New York, New York

                                                          Matthew H. Giger