```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-31-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| INNOFONE.COM INCORPORATED, ) | ECF CASE |
| ) | |
| Plaintiff, ) | |
| ) | |
| - against - ) | Case No. 07-CIV-03966-JSR |
| ) | |
| COGENT CAPITAL FINANCIAL LLC, ) | |
| COGENT CAPITAL INVESTMENTS, LLC, ) | **ORDER FOR ADMISSION** |
| COGENT CAPITAL GROUP, LLC, GREGORY ) | **PRO HAC VICE** |
| L. KOFFORD, MARK W. HOLDEN and ) | |
| INVESTORS BANK & TRUST COMPANY, ) | |
| ) | |
| Defendants. ) | |

Upon the motion of John J. Rosenberg, attorney for Investors Bank & Trust Company, and said sponsor attorney's Affidavit in Support,

IT IS HEREBY ORDERED that:

Paula M. Bagger
Cooke Clancy & Gruenthal LLP
265 Franklin Street
Boston, MA  02110
(617) 428-6800
(617) 428-6868

is admitted to practice *pro hac vice* as counsel for defendant Investors Bank & Trust Company in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:  May 29, 2007
        New York, New York.

_____
United States District Judge