UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
Cogent Capital Financial LLC and Cogent Capital Investments LLC,  :

                Plaintiffs,  :

      - against -  :

Innofone.com, Incorporated,  :

                Defendant.  :
------------------------------------------------------------------- x

**ECF CASE**

No. 07 Civ. 2701 (JSR)

Innofone.com, Incorporated,  :

                Plaintiff,  :

      - against -  :

Cogent Capital Financial LLC, Cogent Capital Investments LLC, Cogent Capital Group LLC, Gregory L. Kofford, Mark W. Holden, and Investors Bank & Trust Company,  :

                Defendants.  :
------------------------------------------------------------------- x

**ECF CASE**

No. 07 Civ. 3966 (JSR)

**PLAINTIFF INNOFONE.COM, INCORPORATED'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**

TO:    JOEL C. HAIMS, ESQ.
         MORRISON & FOERSTER LLP
         1290 AVENUE OF THE AMERICAS
         NEW YORK, NEW YORK 10104

         COUNSEL FOR DEFENDANTS
         COGENT CAPITAL FINANCIAL LLC
         COGENT CAPITAL INVESTMENTS LLC
         COGENT CAPITAL GROUP LLC
         GREGORY L. KOFFORD
         MARK W. HOLDEN

         PAULA M. BAGGER, ESQ.
         COOKE CLANCY & GRUENTHAL LLP
         265 FRANKLIN STREET
         BOSTON, MASSACHUSETTS 02110

         COUNSEL FOR DEFENDANT
         INVESTORS BANK & TRUST COMPANY

PLEASE TAKE NOTICE that on June 28, 2007, at 4:30 p.m. or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Jed S. Rakoff, Room 14-B of the United States Courthouse, 500 Pearl Street, New York, New York 10007, plaintiff Innofone.com, Incorporated ("Innofone") will move, in *Innofone.com, Inc. v. Cogent Capital Financial LLC*, No. 07 Civ. 3966 (JSR) (S.D.N.Y. transferred May 22, 2007), pursuant to Federal Rule of Civil Procedure 56, for summary judgment in its favor on the Second and Third Claims for Relief, and that portion of the Fifth Claim for Relief which seeks declaratory relief regarding impossibility and the failure of consideration.

PLEASE TAKE FURTHER NOTICE THAT pursuant to a directive of this Court, issued during a conference convened on May 29, 2007, all opposition papers must be filed no later than June 18, 2007, and all reply papers must be filed no later than June 22, 2007.

This motion is based on this Notice of Motion, the statement of material undisputed facts mandated by Local Civil Rule 56.1, the memorandum of law in support of the motion, the declarations of Alex Lightman and Arthur S. Marcus in support of the motion, the exhibits attached to the Lightman Declaration and all prior proceedings in this action.

PLEASE TAKE FURTHER NOTICE THAT pursuant to a directive of this Court, issued at a May 31, 2007 telephonic conference attended by counsel for Innofone and Cogent, on June 4, 2007, Innofone will file its moving papers electronically, with the exception of all those exhibits attached to the Declaration of Alex Lightman whose file size, when converted into PDF format, exceed the maximum file size for electronic filings. Pursuant to the Court's directive, those will be for filing in hard copy format on June 5, 2007.

Dated: San Francisco, California
      June 4, 2007

| | |
|---|---|
| Of Counsel: | JONES DAY |
| Gidon M. Caine (GC 9923)<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, California  94303<br>Telephone:  (650) 739-3939<br>Facsimile:  (650) 739-3900 | By:  /s/_____<br>      Roderick A. McLeod (RM 4936)<br><br>JONES DAY<br>555 California Avenue<br>Suite 2600<br>San Francisco, California  94104<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700 |
| Jessica L. Repa<br>Joanna Rosen<br>JONES DAY<br>555 California Avenue<br>Suite 2600<br>San Francisco, California  94104<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700 | Attorneys for Plaintiff<br>Innofone.com, Incorporated |

SFI-565482v1

- 3 -