UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Cogent Capital Financial LLC and Cogent Capital
Investments LLC,

       Plaintiffs,

    - against -

Innofone.com, Incorporated,

       Defendant.
-------------------------------------------------------------x

**ECF CASE**

No. 07 Civ. 2701 (JSR)

Innofone.com, Incorporated,

       Plaintiff,

    - against -

Cogent Capital Financial LLC, Cogent Capital
Investments LLC, Cogent Capital Group LLC,
Gregory L. Kofford, Mark W. Holden, and Investors
Bank & Trust Company,

       Defendants.
-------------------------------------------------------------x

**ECF CASE**

No. 07 Civ. 3966 (JSR)

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the Declaration of Mitchell M. Wong, Esq., executed on May 29, 2007, the Memorandum of Law in Support of the Cogent Parties Motion to Dismiss Innofone's Complaint, dated May 29, 2007, and all of the pleadings and papers heretofore filed herein, Cogent Capital Financial LLC, Cogent Capital Investments LLC, Cogent Capital Group LLC, Gregory L. Kofford and Mark W. Holden, will move this Court, before the Honorable Jed S. Rakoff, at the United States District Courthouse, 500 Pearl Street, New York, New York, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing Innofone.com, Incorporated's Complaint, No. 07 Civ. 3966, dated March 19, 2007, and for such other and further relief as this Court may deem just and proper. Papers in opposition to this motion shall be served and filed on or before June 18, 2007, and reply papers

in support of the motion shall be served and filed on or before June 22, 2007. Oral argument will be heard on June 28, 2007, at 4:30 p.m.

Dated: New York, New York
June 4, 2007

MORRISON & FOERSTER LLP

By: _____
Joel C. Haims (JH-9829)
Mitchell M. Wong (MW-8795)
Emily S. Richman (ER-2277)
1290 Avenue of the Americas
New York, New York 10104
(212) 468-8000

*Attorneys for Cogent Capital Financial LLC, Cogent Capital Investments LLC, Cogent Capital Group LLC, Gregory L. Kofford and Mark W. Holden*

ny-755432

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2007, I caused to be served a true and correct copy of the following documents by e-mail and ECF filing on Roderick McLeod, Esq., of Jones Day, counsel for Innofone.com, Inc.; and Paula Bagger, Esq., of Cooke Clancy & Gruenthal LLP, counsel for Investors Bank & Trust Company:

(1) Notice of the Cogent Parties' Motion to Dismiss the Complaint;

(2) Memorandum of Law in Support of the Cogent Parties' Motion to Dismiss the Complaint; and

(3) Declaration of Mitchell M. Wong.

Dated:   New York, New York
         June 4, 2007

                                        _____
                                        Mitchell M. Wong (MW-8795)

ny-753184