# INNOFONE COM INC (INFN)

1431 OCEAN AVE #1100
SANTA MONICA, CA 90401
310–458–3233

# RW

**Filed on 03/22/2007**
File Number 333–135855



LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

*Innofone.com, Incorporated*
1431 Ocean Avenue, Suite 1100
Santa Monica, CA 90401

March 22, 2007

**FILED VIA EDGAR**

Securities and Exchange Commission
Division of Corporation Finance
450 Fifth Street, N.W.
Washington D.C., 20549

    Re:    Innofone.com Incorporated
              Request to Withdraw Registration Statement
              <u>Registration No. 333–135855</u>

Ladies and Gentlemen:

Pursuant to Rule 477(a) of the Securities Act of 1933, as amended, Innofone.com, Incorporated (the "Company") hereby requests the withdrawal of its registration statement on Form SB–2, initially filed on July 19, 2006 (Registration No. 333–135855), and amended on August 28, 2006, October 24, 2006 and December 8, 2006 (the "Registration Statement"). No securities were sold under the Registration Statement. The Company may undertake a subsequent private offering in reliance on Rule 155(c).

Please contact Edgar D. Park at Richardson & Patel LLP at (310) 208–1182, if you have any questions.

                          Very truly yours,

                          INNOFONE.COM, INCORPORATED

                          __/s/ Alex Lightman_____
                          Alex Lightman
                          Chief Executive Officer and President