## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2007, I caused to be served a true and correct copy of the following documents by e-mail and ECF filing on Roderick McLeod, Esq., of Jones Day, counsel for Innofone.com, Inc.; and Paula Bagger, Esq., of Cooke Clancy & Gruenthal LLP, counsel for Investors Bank & Trust Company:

(1) Notice of the Cogent Parties' Motion to Dismiss the Complaint;

(2) Memorandum of Law in Support of the Cogent Parties' Motion to Dismiss the Complaint; and

(3) Declaration of Mitchell M. Wong.

Dated:   New York, New York
         June 4, 2007

*[signature]*
Mitchell M. Wong (MW-8795)

ny-753184