UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
Cogent Capital Financial LLC and Cogent Capital
Investments LLC,                                      :

                Plaintiffs,         :
                                                      **ECF CASE**
        - against -                     :
                                                        No. 07 Civ. 2701 (JSR)
Innofone.com, Incorporated,                   :

                Defendant.         :
------------------------------------------------------------------- x
Innofone.com, Incorporated,                   :

                Plaintiff,          :        **ECF CASE**

        - against -                     :        No. 07 Civ. 3966 (JSR)

Cogent Capital Financial LLC, Cogent Capital  :        NOTICE OF PERMISSION TO FILE
Investments LLC, Cogent Capital Group LLC,             OVERSIZE EXHIBITS
Gregory L. Kofford, Mark W. Holden, and Investors  :
Bank & Trust Company,
                                              :
                Defendants.
------------------------------------------------------------------- x

Jones Day
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: 415-626-3939
Facsimile: 415-875-5700

*Attorneys for Plaintiff*
*Innofone.com, Incorporated*

*Of Counsel:*
    *Roderick A. McLeod*
    *Gidon M. Caine*
    *Jessica L. Repa*
    *Joanna Rosen*

SFI-565579v1

PLEASE TAKE NOTICE THAT pursuant to a directive of this Court, issued at a May 31, 2007 telephonic conference attended by counsel for Innofone and Cogent, Innofone will file its moving papers for summary judgment electronically on June 4, 2007, with the exception of the exhibits attached to the Declaration of Alex Lightman In Support of Plaintiff Innofone.Com, Incorporated's Motion For Summary Judgment whose file size, when converted into PDF format, exceeds the maximum file size for electronic filings. Pursuant to the Court's directive, the exhibits will be filed in hard copy format on June 5, 2007.

Dated: San Francisco, California
June 5, 2007

| Of Counsel: | JONES DAY |
|---|---|
| Gidon M. Caine (GC 9923)<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, California  94303<br>Telephone:  (650) 739-3939<br>Facsimile:  (650) 739-3900 | By:   /s/ _____<br>        Roderick A. McLeod (RM 4936)<br><br>JONES DAY<br>555 California Avenue<br>Suite 2600<br>San Francisco, California  94104<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700 |
| Jessica L. Repa<br>Joanna Rosen<br>JONES DAY<br>555 California Avenue<br>Suite 2600<br>San Francisco, California  94104<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700 | Attorneys for Plaintiff<br>Innofone.com, Incorporated |

SFI-565579v1