

June 1, 2006

Investors Bank & Trust
200 Clarendon St.
Boston, MA 02116
Attn. Josh Levitt

Dear Josh,

Please accept this letter as authorization to process the following:

1. Free receive 25,000,000 par of Cusip 912828FG0 US Treasury 4 7/8% Mat. 5/31/08 into account 4739700 from account 4739633

Thank you,

_____
Greg Kofford
Senior Principal
Cogent Capital Group LLC