

Access to a World of Opportunity

June 2, 2006

Investors Bank & Trust
200 Clarendon St.
Boston, MA 02116
Attn. Josh Levitt

Dear Josh,

Please accept this letter as authorization to process the following:

1. Free receive 24,950,000 par of Cusip 912828FE5 US Treasury 4 7/8% Mat. 5/15/09
into account 4739700 from account 4739633

Thank you,

_____
Greg Kofford
Senior Principal
Cogent Capital Group LLC