# InvestPort

Return to Activity Detail Page

(This is a printable page only and may require the Landscape print layout. Click on the Return link to continue your current transaction.)

Tue, 12 Jun 2007 22:22:19 UTC

## ACTIVITY DETAIL

**COGENT CAPITAL INVESTMENTS ESCROW #4739700**

| Date Traded | Date Settled | Type of Activity | CUSIP Ticker | Description | Units | Amount Per Unit | Amount | Portfolio |
|---|---|---|---|---|---|---|---|---|
| 21-Jun-2006 | 21-Jun-2006 | Free Delivery | 457993905 - | DISTRIBUTED INNOFONE COM WTS 6/02/11 TRANSFER TO ACCOUNT NUMBER 4739698 Asset Id: 457993905 | 5,000,000.0000 | | | Prin. |
| 21-Jun-2006 | 21-Jun-2006 | Sale | 590266821 MVIXX | SOLD MERRIMAC US GOVERNMENT SERIES INVEST Asset Id: 590266821 | 3,000.0000 | 100.0000% | 3,000.00 | Prin. |
| | 20-Jun-2006 | Fee | - | FINAL TRUSTEE FEE COLLECTED FINAL FEE P/E 6/7/06 | | | (3,000.00) | Prin. |
| | 19-Jun-2006 | Free Receipt | 457993905 - | RECEIVED INNOFONE COM WTS 6/02/11 Asset Id: 457993905 | 5,000,000.0000 | | | Prin. |
| 08-Jun-2006 | 08-Jun-2006 | Free Delivery | 45768R305 IMEN | DISTRIBUTED INNOFONE COM INC MOVE FROM ESCROW ACCOUNT Asset Id: 45768R305 | 5,000,000.0000 | | | Prin. |
| 08-Jun-2006 | 08-Jun-2006 | Free Delivery | 45768R305 IMEN | DISTRIBUTED INNOFONE COM INC MOVE FROM ESCROW ACCOUNT Asset Id: 45768R305 | 1,850,000.0000 | | | Prin. |
| | 07-Jun-2006 | Free Receipt | 45768R305 IMEN | RECEIVED INNOFONE COM INC CERT # 3084 Asset Id: 45768R305 | 1,850,000.0000 | | | Prin. |
| | 07-Jun-2006 | Free Receipt | 45768R305 IMEN | RECEIVED INNOFONE COM INC CERT # 3083 Asset Id: 45768R305 | 5,000,000.0000 | | | Prin. |
| 06-Jun-2006 | 06-Jun-2006 | Free Delivery | 912828FG0 UTN4808A | DISTRIBUTED US TREASURY NOTES 4.875% 5/31/08 4739700 Asset Id: 912828FG0 | 25,000,000.0000 | | | Prin. |
| 06-Jun-2006 | 06-Jun-2006 | Free Delivery | 912828FE5 UTN4809 | DISTRIBUTED US TREASURY NOTES 4.875% 5/15/09 4739700 Asset Id: 912828FE5 | 24,950,000.0000 | | | Prin. |
| 06-Jun-2006 | 06-Jun-2006 | Sale | 590266821 MVIXX | SOLD MERRIMAC US GOVERNMENT SERIES INVEST Asset Id: 590266821 | 750,000.0000 | 100.0000% | 750,000.00 | Prin. |
| | 06-Jun-2006 | Withdrawal | - | CASH DISBURSEMENT TRANSFER TO ANOTHER ACCOUNT | | | (568,750.00) | Prin. |
| | 06-Jun-2006 | Withdrawal | - | CASH DISBURSEMENT TRANSFER TO ANOTHER ACCOUNT | | | (181,250.00) | Prin. |
| 05-Jun-2006 | 05-Jun-2006 | Free Delivery | 912828FE5 UTN4809 | DISTRIBUTED US TREASURY NOTES 4.875% 5/15/09 TO ACCOUNT 4739633 Asset Id: 912828FE5 | 25,000,000.0000 | | | Prin. |
| | | | 912828FE5 | RECEIVED US TREASURY NOTES 4.875% 5/15/09 | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 05-Jun-2006 | Free Receipt | UTN4809 | RECD FROM ACCT 4739633<br>Asset Id: 912828FE5 | 24,950,000.0000 | | | | Prin. |
| | 05-Jun-2006 | Free Receipt | 912828FE5<br>UTN4809 | RECEIVED US TREASURY NOTES 4.875% 5/15/09<br>RECD FROM 4739633<br>Asset Id: 912828FE5 | 25,000,000.0000 | | | | Prin. |
| 05-Jun-2006 | 05-Jun-2006 | Purchase | 590266821<br>MVIXX | PURCHASED MERRIMAC US GOVERNMENT SERIES INVEST<br>Asset Id: 590266821 | 753,000.0000 | 100.0000% | (753,000.00) | | Prin. |
| 05-Jun-2006 | 05-Jun-2006 | Purchase | 590266821<br>MVIXX | PURCHASED MERRIMAC US GOVERNMENT SERIES INVEST<br>Asset Id: 590266821 | 1.0000 | 100.0000% | (1.00) | | Prin. |
| 05-Jun-2006 | 05-Jun-2006 | Sale | 590266821<br>MVIXX | SOLD MERRIMAC US GOVERNMENT SERIES INVEST<br>Asset Id: 590266821 | 1.0000 | 100.0000% | 1.00 | | Prin. |
| | 02-Jun-2006 | Deposit | - | CASH RECEIPT TRANSFER FROM ANOTHER ACCOUNT<br>TRANSFER OF CASH PER COGENT REQUEST | | | 3,000.00 | | Prin. |
| | 02-Jun-2006 | Free Receipt | 912828FG0<br>UTN4808A | RECEIVED US TREASURY NOTES 4.875% 5/31/08<br>Asset Id: 912828FG0 | 25,000,000.0000 | | | | Prin. |
| | 01-Jun-2006 | Deposit | - | CASH RECEIVED FROM WELLS FARGO BANK | | | 750,000.00 | | Prin. |

**Report Options**
Type of Activity : additions,income,other,purchases,sales,withdrawals
Data for: 01-May-2006 to 30-Jun-2006

Return to Activity Detail Page  (This is a printable page only and may require the Landscape print layout. Click on the Return link to continue your current transaction.)