

June 5, 2006

Investors Bank & Trust
200 Clarendon St.
Boston, MA 02116
Attn. Josh Levitt

Dear Josh,

Please accept this letter as my confirmation of Greg's letter as of this same date authorizing the following:

> The requirements for the Innofone.com escrow have been fulfilled so please distribute per the escrow instructions as follows:
>
> 1. Deliver free $25,000,000 face of US Treasury 4.875% of 5/31/08 Asset ID:912828FG0 from account 4739700 to account 4739766 – Cogent Capital Financial FBO Innofone.com.
> 2. Deliver free $24,950,000 face of US Treasury 4.875% of 5/15/09 Asset ID:912828FE5 from account 4739700 to account 4739766 – Cogent Capital Financial FBO Innofone.com.
> 3. Deliver free 1,850,000 shares Innofone.com, Incorporated common stock restricted Asset ID: 45768R305 from account 4739700 to 4739699.
> 4. Deliver free 4,815,000 preferred shares Innofone.com, Incorporated preferred stock from account 4739700 to 4739699.
> 5. Deliver free 5,000,000 shares Innofone.com, Incorporated common stock restricted Asset ID: 45768R305 from account 4739700 to 4739698.
> 6. Deliver free 5,000,000 warrants Innofone.com, Incorporated from account 4739700 to 4739698.
> 7. Transfer the $181,250 interest impound from account 4739700 to account 4739765.
> 8. Transfer the $3000 escrow fee from account 4739700 to IBTCO.

9. Transfer $568,750 cash from account 4739700 to account 4739698.

Thank you,

_____
Mark Holden
Senior Principal
Cogent Capital Investments LLC