

June 5, 2006

Investors Bank & Trust
200 Clarendon St.
Boston, MA 02116
Attn. Josh Levitt

Dear Josh,

Please accept this letter as authorization to process the following:

> The requirements for the Innofone.com escrow have been fulfilled so please distribute per the escrow instructions as follows:

1. Deliver free $25,000,000 face of US Treasury 4.875% of 5/31/08 Asset ID:912828FG0 from account 4739700 to account 4739766 – Cogent Capital Financial FBO Innofone.com.
2. Deliver free $24,950,000 face of US Treasury 4.875% of 5/15/09 Asset ID:912828FE5 from account 4739700 to account 4739766 – Cogent Capital Financial FBO Innofone.com.
3. Deliver free 1,850,000 shares Innofone.com, Incorporated common stock restricted Asset ID: 45768R305 from account 4739700 to 4739699.
4. Deliver free 4,815,000 preferred shares Innofone.com, Incorporated preferred stock from account 4739700 to 4739699.
5. Deliver free 5,000,000 shares Innofone.com, Incorporated common stock restricted Asset ID: 45768R305 from account 4739700 to 4739698.
6. Deliver free 5,000,000 warrants Innofone.com, Incorporated from account 4739700 to 4739698.
7. Transfer the $181,250 interest impound from account 4739700 to account 4739765.
8. Transfer the $3000 escrow fee from account 4739700 to IBTCO.

9. Transfer $568,750 cash from account 4739700 to account 4739698.

Thank you,

_____
Greg Kofford
Senior Principal
Cogent Capital Investments LLC