**Mark Holden**

---

| | |
|---|---|
| **From:** | Alex Lightman [alex@innofone.com] |
| **Sent:** | Wednesday, December 20, 2006 4:08 PM |
| **To:** | 'Robert Aubrecht'; 'Mark Holden' |
| **Cc:** | 'Ziya Arik'; 'Jill Brown'; gerard@innofone.com; 'Greg Kofford' |
| **Subject:** | RE: Wednesday Morning Call with Cogent - PLEASE CALL EACH OTHER, and keep trying |

Mark, Bob's number is 714-689-9552.
Bob, Mark's number is 212=410-5843

This is awkward. If Greenbridge has questions for Cogent, please ask them now. I am getting unhappy calls about lack of follow-through from Cogent, SMART and others.

Why don't you guys just call each other? Gerard can't arrange anything with Bob's voice mail. Bob is hard to reach, and therefore needs to make outbound calls to Cogent if he wants to speak with them.

For the record, Cogent already purchased $50 million in Treasury bonds that Innofone has owned since June 5, 2006. We access that either a. when the SB-2 goes effective, and we heard good news from the SEC, so it should be soon or b. in worst case, when the 144 restrictions are lifted in June 2007.

We can also raise money via equity once we get this SB-2 effective and have a 30 day cool down period. I reaffirm that Innofone can and will repay the Greenbridge note.

Cogent isn't going to "take Greenbridge out". Cogent already gave us the money, in the form of Treasury bonds. That turns to cash over time, but it's roughly 10x coverage for the bridge from Greenbridge that Innofone already has.

It will cost Innofone tremendously if we don't get this done by Friday and lose Morpho, and we entered into this with clear understanding that we needed this done by last Friday. To not have Cogent's offer of many different times to talk get even a reply, and to not have this follow up on, and potentially to lose Morpho because Cogent didn't get a call when everything in writing is baffling and disappointing to all concerned.

Please, CALL EACH OTHER and get the questions dealt with. I am available, as is Gerard.

Alex

-----Original Message-----
From: Robert Aubrecht [mailto:BAubrecht@greenbridgecg.com]
Sent: Wednesday, December 20, 2006 12:11 PM
To: Mark Holden
Cc: Ziya Arik; Jill Brown; Alex Lightman
Subject: RE: Wednesday Morning Call with Cogent

I was out of the office this morning but I am back now and available for a call.  Let me know what is good for you and I will give it top priority.

Bob

-----Original Message-----
From: Mark Holden [mailto:Markh@cogent-capital.com]
Sent: Tuesday, December 19, 2006 5:54 PM
To: Robert Aubrecht
Cc: Ziya Arik; Jill Brown; 'Alex Lightman'
Subject: Wednesday Morning Call with Cogent
Importance: High

Hi Bob - I was able to get in touch with Greg in Mexico - he would be available for a call with you and any other Greenbridge team members who will be joining Wednesday morning at either:

1

```
First Choice:  8am Wed. California time
Second Choice: 8:30am Wed California time Third Choice:  9:00am Wed California time Fourth
Choice 9:30am Wed California time.
```

Please advise via email (to both Greg and I) as quickly as possible which of the four suggested times would work best.  If possible, a dial in number would be very helpful but if not you can call me at 212 410 5843 and I can conference in Greg in Mexico at the agreed time.  If none of those times work for you we can find a different time on Wednesday for you and I but Greg would not be able to join given his activities already scheduled with his family tomorrow in Mexico.

Thanks,
Mark Holden
_____
```
Mark W. Holden
Office    (212) 410-5843
Cell      (917) 257-6921
Email     markh@cogent-capital.com
www.cogent-capital.com
```

-----Original Message-----
From: Robert Aubrecht [mailto:BAubrecht@greenbridgecg.com]
Sent: Tuesday, December 19, 2006 6:07 PM
To: Mark Holden
Cc: Ziya Arik; Jill Brown
Subject: RE: Three-year projections for Innofone and subsidiaries.

Mark,

Can you arrange a time we can talk to Greg for tomorrow.  Feel free to use Jill if we need to set-up a dial-in conference service.

Bob

-----Original Message-----
From: Mark Holden [mailto:Markh@cogent-capital.com]
Sent: Monday, December 18, 2006 11:28 AM
To: 'Alex Lightman'; Robert Aubrecht
Cc: Ziya Arik; gerard@innofone.com
Subject: RE: Three-year projections for Innofone and subsidiaries.
Importance: High

Dear Bob - would be pleased to speak with you as would Greg (per his email on Friday he should be reachable vis his cell 801-949-6549 during his vacation in Mexico this week). If you can not reach Greg, please suggest a convenient time to speak either Tuesday or Wednesday before 2pm NYC time (if we can prearrange/schedule a time it would be easier for me) and I would be pleased to answer any questions that you might have.

Thanks,
Mark Holden
Senior Principal & Co-Founder
Cogent Capital Group LLC
_____
```
Mark W. Holden
Office    (212) 410-5843
Cell      (917) 257-6921
Email     markh@cogent-capital.com
www.cogent-capital.com
```

-----Original Message-----
From: Alex Lightman [mailto:alex@usipv6.com]
Sent: Monday, December 18, 2006 1:36 PM
To: 'Robert Aubrecht'; 'Mark Holden'
Cc: 'Ziya Arik'; gerard@innofone.com
Subject: RE: Three-year projections for Innofone and subsidiaries.

Bob,

Thanks for the follow-up. We appreciate it. Greg has gone with family to Mexico for Christmas. His partner in managing Cogent Capital, Mark Holden, would probably be the one to contact this week. Mark's number is
212-410-5843 in New York City. Mark worked in M & A at Morgan Stanley and has raised $6 billion in one fund, and I always learn something when I speak with him.

Is there anything else that you or anyone at Greenbridge needs?

Respectfully,

Alex Lightman

-----Original Message-----
From: Robert Aubrecht [mailto:BAubrecht@greenbridgecg.com]
Sent: Monday, December 18, 2006 10:26 AM
To: Alex Lightman
Cc: Ziya Arik
Subject: RE: Three-year projections for Innofone and subsidiaries.

Alex,

We will order the Research Reports.

I will also give Greg a call.  I have a message4 from him from late Friday.

Bob

-----Original Message-----
From: Alex Lightman [mailto:alex@usipv6.com]
Sent: Friday, December 15, 2006 3:05 PM
To: Robert Aubrecht
Cc: Ziya Arik
Subject: RE: Three-year projections for Innofone and subsidaries.

Bob,

We don't have copies of any of those reports.

Did you want Greg Kofford of Cogent to send you the references for the previous funding? Do you want me to ask him for this, or do you want to ask him?

Anything you need?

Alex

-----Original Message-----
From: Robert Aubrecht [mailto:BAubrecht@greenbridgecg.com]
Sent: Friday, December 15, 2006 3:02 PM
To: Alex Lightman
Cc: Ziya Arik
Subject: RE: Three-year projections for Innofone and subsidiaries.

Alex,

I confirm receipt.

Last night I also asked Karen via e-mail if you received copies of the five recent Research Reports from Value Engine (12/4), Pechala's, Reuters and Value Engine (12/13). If you do have copies, can you please forward.
If
not, we will order.

Bob

-----Original Message-----
From: Alex Lightman [mailto:alex@usipv6.com]
Sent: Friday, December 15, 2006 1:25 PM
To: Robert Aubrecht
Subject: FW: Three-year projections for Innofone and subsidaries.


-----Original Message-----
From: Alex Lightman [mailto:alex@usipv6.com]
Sent: Friday, December 15, 2006 9:34 AM
To: 'raubrecht@greenbridgecap.com'
Cc: 'Arik'; 'Alan Collier'; 'gerard@innofone.com'; 'Jill Brown'
Subject: FW: Three-year projections for Innofone and subsidaries.

Mr. Aubrecht,

These just came in. I think the numbers will be better for INFN corporate and much, much better for Morpho than are shown here, but they still look good, as we seize the opportunity presented by a market that will grow 10,000-fold over five years.

Note that these are for our fiscal year, which is July 1 to June 30.

Could you please confirm that I have your correct email address?

Respectfully,

Alex Lightman

-----Original Message-----
From: krosolowski@adelphia.net [mailto:krosolowski@adelphia.net]
Sent: Friday, December 15, 2006 9:20 AM
To: Alex Lightman
Cc: Paul Shepard
Subject: Three-year projections

Alex -

Here are the three year projectiosn that include balance sheet, income statement and statement of cash flows prepared based on the SEC filings, info you provided, business plans from Morpho and forecasts from MTG.

There are two files:

1. The executive summary file--has the summary, assumptions, the consolidated results.

2. The full file that includes a tab for each company. You can go through the detail in the full spreadsheet. I am providing it in case you want to look at any of the details.

Karen