## Mark Holden

**From:** Gerard Casale, Jr. (Innofone.com) [gerard@innofone.com]
**Sent:** Wednesday, November 29, 2006 5:31 PM
**To:** Mark Holden; Greg Kofford
**Cc:** Alex Lightman
**Subject:** key request for a letter

Greg/Mark

Among the other items we are working on with you, a RUSH item we request is a simple letter on Cogent letterhead indicating that the mechanics of our deal on the treasuries is such that regardless of the SB-2 and assuming INFN is not in default that we will commence the swap utilizing Rule 144 in June of 2007.

If you could kindly provide this to us, addressed to Alex Lightman by tomorrow, we have a possible debt financier at $5,000,000 under fairly decent terms ready to go.

Please advise if you can meet our request, much appreciated.

---

**Gerard N. Casale, Jr.**

**www.innofone.com**

Business & Legal Affairs
**Innofone.com, Incorporated**
+1 213.341.1664 tel
+1 310.919.2810 fax
+1 310.498.2098 mobile