## Mark Holden

**From:** Alex Lightman [alex@innofone.com]
**Sent:** Thursday, December 28, 2006 10:34 PM
**To:** 'Arthur Marcus'
**Cc:** 'Greg Kofford'; 'Mark Holden'; gerard@innofone.com
**Subject:** Request to arrange for Cogent to speak with the SEC people we spoke with

Arthur,

We would have been stronger at answering the questions if Greg and Mark of Cogent had been on the call. They really wanted to be, and even called in to your office, but your assistant wouldn't patch them through despite their request.

Could you please arrange for them to talk with the SEC, and can you make sure we include them in any and all future calls?

It's more important for me that Greg and/or Mark be on the call than their attorney.

Thank you.

Alex