RW 1 v069192_rw.htm

**Innofone.com, Incorporated**
1431 Ocean Avenue, Suite 1100
Santa Monica, CA 90401

March 22, 2007

***FILED VIA EDGAR***

Securities and Exchange Commission
Division of Corporation Finance
450 Fifth Street, N.W.
Washington D.C., 20549

    Re:    Innofone.com Incorporated
            Request to Withdraw Registration Statement
            <u>Registration No. 333-135855</u>

Ladies and Gentlemen:

      Pursuant to Rule 477(a) of the Securities Act of 1933, as amended, Innofone.com, Incorporated (the "Company") hereby requests the withdrawal of its registration statement on Form SB-2, initially filed on July 19, 2006 (Registration No. 333-135855), and amended on August 28, 2006, October 24, 2006 and December 8, 2006 (the "Registration Statement"). No securities were sold under the Registration Statement. The Company may undertake a subsequent private offering in reliance on Rule 155(c).

      Please contact Edgar D. Park at Richardson & Patel LLP at (310) 208-1182, if you have any questions.

      Very truly yours,

      INNOFONE.COM, INCORPORATED

      /s/ Alex Lightman
      Alex Lightman
      Chief Executive Officer and President