## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2007, I caused to be served a true and correct copy of the following documents by e-mail and ECF filing on Roderick McLeod, Esq., of Jones Day, counsel for Innofone.com, Inc.; and Paula Bagger, Esq., of Cooke Clancy & Gruenthal LLP, counsel for Investors Bank & Trust Company:

(1) The Cogent Parties' Memorandum of Law in Opposition to Innofone's Motion for Summary Judgment;

(2) The Cogent Parties' Rule 56.1 Counterstatement of Material Facts Pursuant to Local Rule 56.1 in Opposition to Innofone's Motion for Summary Judgment;

(3) Declaration of David Kaufman; and

(4) Declaration of Gregory L. Kofford.

Dated:   New York, New York
         June 18, 2007

_____
Mitchell M. Wong (MW-8795)