## CERTIFICATE OF SERVICE

I, Julie A. Gleaves, declare: I am employed in Santa Clara County, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 1755 Embarcadero Road, Palo Alto, California 94303. On June 18, 2007, I served true and correct copies of

(1) PLAINTIFF INNOFONE.COM, INCORPORATED'S MEMORANDUM OF LAW IN OPPOSITION TO THE COGENT PARTIES' MOTION TO DISMISS;

(2) APPENDIX OF UNREPORTED AUTHORITIES IN SUPPORT OF PLAINTIFF INNOFONE.COM, INCORPORATED'S MEMORANDUM OF LAW IN OPPOSITION TO THE COGENT PARTIES' MOTION TO DISMISS

**via ecf filing** on all counsel so registered. Counsel for the parties were also served via e-mail at jhaims@mofo.com, mwong@mofo.com, erichman@mofo.com, and pbagger@ccg-law.com.

I declare that I am employed within the office of a member of the bar of this Court at whose direction the service was made.

Dated: Palo Alto, California
June 20, 2007

_____
Julie A. Gleaves

SVI-48008v1