# CERTIFICATE OF SERVICE

I, Julie A. Gleaves, declare: I am employed in Santa Clara County, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 1755 Embarcadero Road, Palo Alto, California 94303. On June 22, 2007, I served true and correct copies of

(1) INNOFONE.COM, INCORPORATED'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT;

(2) PLAINTIFF'S RESPONSE AND COUNTERSTATEMENT OF MATERIAL FACTS TO THE COGENT PARTIES' COUNTERSTATEMENT OF MATERIAL FACTS IN OPPOSITION TO PLAINTIFF INNOFONE.COM, INCORPORATED'S MOTION FOR SUMMARY JUDGMENT;

(3) APPENDIX OF UNREPORTED AUTHORITIES CITED IN INNOFONE.COM, INCORPORATED'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

**via ecf filing** on all counsel so registered. Counsel for the parties were also served via e-mail at jhaims@mofo.com, mwong@mofo.com, erichman@mofo.com, and pbagger@ccg-law.com.

I declare that I am employed within the office of a member of the bar of this Court at whose direction the service was made.

Dated: Palo Alto, California
June 22, 2007

_____
Julie A. Gleaves

SVI-48051v1