UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                            )
INNOFONE.COM INCORPORATED,                  )   **ECF CASE**
                                            )
        Plaintiff,                          )
                                            )
    - against -                             )   Case No. 07-CIV-03966-JSR
                                            )
COGENT CAPITAL FINANCIAL LLC,               )
COGENT CAPITAL INVESTMENTS, LLC,            )   **SUPPLEMENTAL**
COGENT CAPITAL GROUP, LLC, GREGORY          )   **CORPORATE DISCLOSURE**
L. KOFFORD, MARK W. HOLDEN and              )   **STATEMENT OF INVESTORS**
INVESTORS BANK & TRUST COMPANY,             )   **BANK & TRUST COMPANY**
                                            )
        Defendants.                         )
_____)

      Pursuant to Fed. R. Civ. P. 7.1(b)(2), defendant Investors Bank & Trust Company ("IBT") supplements its initial Corporate Disclosure Statement, as follows.

      Effective July 2, 2007, Investors Financial Services Corp., former parent of Investors Bank & Trust Company, was acquired by and merged into State Street Corporation. In this transaction, Investors Bank & Trust Company merged into State Street Bank and Trust Company, a Massachusetts trust company that is a wholly-owned subsidiary of State Street Corporation.

                                    INVESTORS BANK & TRUST COMPANY

                                      By its attorneys

                                    _____/s/ Paula M. Bagger_____
                                    Paula M. Bagger (Mass. Bar No. 544703)
                                    (admitted *pro hac vice*)
                                    COOKE CLANCY & GRUENTHAL LLP
                                    265 Franklin Street
                                    Boston, MA  02110
                                    (617) 428-6800

Dated:  July 3, 2007

**CERTIFICATE OF SERVICE**

      I, Paula M. Bagger, hereby certify that I this 3rd day of July, 2007, filed and served this pleading on counsel for all other parties through this Court's CM/ECF system and separately by electronic mail transmission.

                                _____/s/ Paula M. Bagger_____
                                Paula M. Bagger