UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Capital Financial LLC and Cogent Capital Investments LLC,

    Plaintiffs,

- against -

Innofone.com, Incorporated,

    Defendant.

---

Innofone.com, Incorporated,

    Plaintiff,

- against -

Cogent Capital Financial LLC, Cogent Capital Investments LLC, Cogent Capital Group LLC, Gregory L. Kofford, Mark W. Holden, and Investors Bank & Trust Company,

    Defendants.

---

**ECF CASE**

No. 07 Civ. 2701 (JSR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-9-07

**ECF CASE**

No. 07 Civ. 3966 (JSR)

## STIPULATION OF DISCONTINUANCE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and subject to the terms of the Settlement Agreement between Innofone and the Cogent Parties, dated as of July 3, 2007, to which Investors Bank & Trust Company ("IBT") is not a party (the "Settlement Agreement"), the parties hereby stipulate as follows:

1. The above-captioned actions shall be dismissed with prejudice as between Innofone and the Cogent Parties.

2. Civil Action No. 07-03966 shall be dismissed without prejudice as against IBT, on the stipulated condition that any further action that Innofone may bring against IBT, on matters that were raised or might have been raised by amendment in Civil Action No. 07-03966,

ny-763187

shall be brought in the United States District Court for the District of Massachusetts or the Business Litigation Session of the Trial Court of the Commonwealth of Massachusetts, Suffolk Division. The Cogent Parties do not, by entering this stipulation, consent to personal jurisdiction over any of them in the courts of the Commonwealth of Massachusetts.

3. All rights of appeal are waived and each party will bear its own costs and expenses in connection with the two above-captioned actions.

Dated: July 6, 2007

MORRISON & FOERSTER LLP

By: _____
Joel C. Haims
1290 Avenue of the Americas
New York, NY 10104-0050
(212) 468-8000

Attorneys for Cogent Capital Financial LLC, Cogent Capital Investments LLC, Cogent Capital Group LLC, Gregory L. Kofford and Mark W. Holden

COOKE CLANCY & GRUENTHAL LLP

By: _____
Paula M. Bagger
265 Franklin Street
Boston, MA 02110
(617) 428-6800

Attorneys for Investors Bank & Trust Co.

JONES DAY

By: _____
Roderick McLeod
1755 Embarcadero Road
Palo Alto, CA 94303
(650) 739-3952

Attorneys for Innofone.com, Incorporated

2

ny-763187

shall be brought in the United States District Court for the District of Massachusetts or the Business Litigation Session of the Trial Court of the Commonwealth of Massachusetts, Suffolk Division. The Cogent Parties do not, by entering this stipulation, consent to personal jurisdiction over any of them in the courts of the Commonwealth of Massachusetts.

3. All rights of appeal are waived and each party will bear its own costs and expenses in connection with the two above-captioned actions.

Dated: July 6, 2007

MORRISON & FOERSTER LLP

By: _____
　　Joel C. Haims
1290 Avenue of the Americas
New York, NY 10104-0050
(212) 468-8000

Attorneys for Cogent Capital Financial LLC, Cogent Capital Investments LLC, Cogent Capital Group LLC, Gregory L. Kofford and Mark W. Holden

COOKE CLANCY & GRUENTHAL LLP

By: _____
　　Paula M. Bagger
265 Franklin Street
Boston, MA 02110
(617) 428-6800

Attorneys for Investors Bank & Trust Co.

JONES DAY

By: _/s/ Roderick McLeod_____
　　Roderick McLeod
1755 Embarcadero Road
Palo Alto, CA 94303
(650) 739-3952

Attorneys for Innofone.com, Incorporated

2

ny-763187

shall be brought in the United States District Court for the District of Massachusetts or the Business Litigation Session of the Trial Court of the Commonwealth of Massachusetts, Suffolk Division. The Cogent Parties do not, by entering this stipulation, consent to personal jurisdiction over any of them in the courts of the Commonwealth of Massachusetts.

3. All rights of appeal are waived and each party will bear its own costs and expenses in connection with the two above-captioned actions.

Dated: July 6, 2007

MORRISON & FOERSTER LLP

By: _____
    Joel C. Haims
1290 Avenue of the Americas
New York, NY 10104-0050
(212) 468-8000

Attorneys for Cogent Capital Financial LLC, Cogent Capital Investments LLC, Cogent Capital Group LLC, Gregory L. Kofford and Mark W. Holden

COOKE CLANCY & GRUENTHAL LLP

By: /s/ Paula M. Bagger
    Paula M. Bagger
265 Franklin Street
Boston, MA 02110
(617) 428-6800

Attorneys for Investors Bank & Trust Co.

JONES DAY

By: _____
    Roderick McLeod
1755 Embarcadero Road
Palo Alto, CA 94303
(650) 739-3952

Attorneys for Innofone.com, Incorporated

SO ORDERED

/s/ JSR
USDJ
7-6-07

ny-763187